JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIZETH REYES CRUZ, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; THE KROGER CO.; DOE CLEANING COMPANY; DOE MAINTENANCE AND/OR SECURITY COMPANY; DOE EMPLOYEES 1-50; DOE PERSONS 51-100, and each of them, inclusive; and ROE COMPANIES 101-150, and each of them, inclusively,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01572-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Tyler A. Bixby, Esq. of the firm BLACKBURN WIRTH as counsel of record for Plaintiff LIZETH REYES CRUZ as follows:

　　　1.　　That all claims herein of Plaintiff LIZETH REYES CRUZ against Defendant, THE KROGER CO. *only*, be dismissed without prejudice, each party to bear their own fees and costs;

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4908-1281-3928.1

2. That Plaintiff's THIRD CAUSE OF ACTION (Declaratory Relief) be dismissed as to all Defendants, without prejudice.

IT IS SO STIPULATED.

DATED this 6th day of October, 2025.

**BLACKBURN WIRTH**

/s/ Tyler A. Bixby
_____
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Rd. Ste. 150 Las Vegas, Nevada 89148
(702) 472-7000
Attorneys for Plaintiff
LIZETH REYES CRUZ

DATED this 6th day of October, 2025.

**COOPER LEVENSON, P.A.**

/s/ Jerry S. Busby
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED.**
**DATED:** October 8, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE