JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIZETH REYES CRUZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; THE KROGER CO.; DOE CLEANING COMPANY; DOE MAINTENANCE AND/OR SECURITY COMPANY; DOE EMPLOYEES 1-50; DOE PERSONS 51-100, and each of them, inclusive; and ROE COMPANIES 101-150, and each of them, inclusively,<br><br>Defendants. | Case No. 2:25-cv-01572-RFB-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff LIZETH REYES CRUZ and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through their respective counsel of record as undersigned, as follows:

1.      That all claims herein of Plaintiff LIZETH REYES CRUZ against all Defendants including, but not limited to, SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

/ / /

2.    That the parties request that any hearings or deadlines on the Court's docket be vacated.

**IT IS SO STIPULATED.**

DATED this 23rd day of April, 2026.

**BLACKBURN WIRTH, LLP**

/s/ Tyler A. Bixby

TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 South Fort Apache Road, Suite 150
Las Vegas, Nevada 89148
(702) 472-7000
Attorneys for Plaintiff
Lizeth Cruz Reyes

DATED this 24th day of April, 2026.

**COOPER LEVENSON, P.A.**

/s/ Jerry S. busby

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:**    April 27, 2026.
_____

2